# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Fred and Susan Plambeck, Plaintiffs,
v.
The Mid-West National Life Insurance Company of Tennessee,
Defendant.

08CV366
JUDGE DARRAH
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE

FILED
JAN 1 6 2008
Jan 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Edna Sybil Bailey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Edna S. Bailey | |
| FIRM<br>Wilson Elser Moskowitz Edelman & Dicker LLP | |
| STREET ADDRESS<br>120 North LaSalle Street, Suite 2600 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277775 | TELEPHONE NUMBER<br>(312) 704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |