

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

January 17, 2008

(312)435-5691

Douglas Kent Morrison
Morrison & Mix
120 North LaSalle Street
Suite 2750
Chicago, IL 60602

RE:  Plambeck et al v. Mid-West National Life Insurance Company of Tennessee

USDC Case No.   08 C 366 -   Judge John W. Darrah

Dear Counselor:

The records of this office indicate that on January 16, 2008, a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 07 L 1158507. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   s/ Haydee Pawlowski
      Deputy Clerk

Enclosure