# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Fred Plambeck, et al.

                 Plaintiff,

v.   Case No.: 1:08−cv−00366

Honorable John W. Darrah

Mid−West National Life Insurance Company of Tennessee

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

  MINUTE entry before the Honorable John W. Darrah: Status hearing held and continued to 8/27/08 at 9:00 a.m. Plaintiff to comply with Rule 26(a)(1) disclosures by 7/8/08. Mailed notice (maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.