**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Fred Plambeck, et al.

                                           Plaintiff,

v.                                                              Case No.: 1:08−cv−00366

                                                                      Honorable John W. Darrah

Mid−West National Life Insurance Company of Tennessee

                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

       MINUTE entry before the Honorable John W. Darrah: Status hearing held and continued to 9/23/08 at 9:00 a.m. Rule 26(a)(1) disclosures to be exchanged by 9/17/08. Plaintiff to all outstanding material by 9/17/08. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.